IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIA REX,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CIVIL ACTION |
| | : |
| **JANE ADAMS and** | : 13-4209 |
| **JANE'S BOUTIQUE,** | : |
| | : |
| **Defendants.** | : |

## ORDER

**AND NOW,** this 30th day of September 2014, upon consideration of the plaintiff's motion for default judgment (doc. no. 5), and following a hearing pursuant to Federal Rule of Civil Procedure 55(b)(2)(B) **IT IS HEREBY ORDERED** that:

1. The motion for default judgment (doc. no. 5) is **GRANTED** in part and **DENIED** in part.

2. Judgment is entered on behalf of plaintiff and against defendants in the amount of $107,119.00.

3. All damages demanded in excess of $107,119.00 are **DENIED**.

4. The Clerk of Court is directed to mark this case **CLOSED**.

                                                    BY THE COURT

                                                    /s/ Lawrence F. Stengel
                                                    LAWRENCE F. STENGEL, J.